## In re TIDEWATER COAL EXCHANGE. *

(Circuit Court of Appeals, Second Circuit. February 11, 1924.)

### No. 252.

**Bankruptcy ☞467—Matter not reviewed, where appellant received all that he was entitled to.**

On an appeal from an order in bankruptcy, allowing part of claim and disallowing part, where it appears that the claimant recovered as much as he was entitled to, it will not be determined whether error was committed in arriving at the result; the trustee not appealing.

Appeal from the District Court of the United States for the Southern District of New York.

In the matter of the estate of the Tidewater Coal Exchange, bankrupt; Wm. Radford Coyle, trustee. From an order (292 Fed. 225) allowing a portion of claims presented by James C. Davis, Director General of Railroads, and disallowing the major part thereof, the Director General appeals. Affirmed.

Evan Shelby, of New York City (John E. Walker, of New York City, of counsel), for appellant.

James F. Curtis and Root, Clark, Buckner & Howland, all of New York City (Hamilton Rogers, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The claim presented is in two parts. One is called throughout this litigation the coal credit claim, and the other the demurrage claim.

As to the coal credit claim, this court is of opinion that the Director General recovered below quite as much as he was entitled to. As the trustee did not appeal, we express no opinion as to whether any error was committed in arriving at the result appealed from.

The order in respect of the demurrage claim is affirmed on the opinion of Learned Hand, District Judge, in 292 Fed. 225.

*Certiorari denied Davis v. Coyle, 44 Sup. Ct. 454, 68 L. Ed. —.